# United States Court of Appeals
## For the First Circuit

No. 13-1583

DIONE PEREIRA LIMA,

Petitioner,

v.

ERIC H. HOLDER, JR., ATTORNEY GENERAL,

Respondent.

ERRATA SHEET

The opinion of this Court issued on July 8, 2014 is amended as follows:

On page 5, footnote 3, replace "attorney" with "attorney's office".